IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:             CASE NO.:     18-02784-HAC-13

Edward Hall, Jr.           DATE:     07/18/2022
DEBTOR           DATE CONFIRMED:     01/31/2019
ATTORNEY: Stephen L. Klimjack LLC           DATE CLOSED:     03/23/2022

## FINAL REPORT AND ACCOUNTING

I, Daniel B. O'Brien, Chapter 13 Trustee, am filing the following final report and accounting and certify that the estate has been fully administered. The case was COMPLETED.

Amount paid to Trustee by or for the Debtor for benefit of creditors: $42,293.12

| CREDITOR NAME | CLASS | CLAIM AMT | % DIV | PRIN PD | INT PD | INSURANCE PD | DUE | BAL DUE |
|---|---|---:|---:|---:|---:|---:|---:|---:|
| Emergency Services of Mobile PC | UNSECURED | $1,271.00 | 49.44 | $628.38 | $0.00 | $0.00 | $0.00 | $0.00 |
| Ford Motor Credit Company | UNSECURED | $6,505.45 | 49.44 | $3,216.29 | $0.00 | $0.00 | $0.00 | $0.00 |
| Ford Motor Credit Company | UNSECURED | $1,569.93 | 49.44 | $776.17 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hanscom Federal Credit Union | SECURED - PRO R | $3,244.78 | 100.00 | $3,244.78 | $584.04 | $0.00 | $0.00 | $0.00 |
| Internal Revenue Service | PRIORITY | $10,961.54 | 100.00 | $10,961.54 | $0.00 | $0.00 | $0.00 | $0.00 |
| Internal Revenue Service | UNSECURED | $3,082.74 | 49.44 | $1,524.11 | $0.00 | $0.00 | $0.00 | $0.00 |
| Kim Hastie, Revenue Commissioner | SECURED - PRO R | $45.72 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Kim Hastie, Revenue Commissioner | SECURED - PRO R | $45.72 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Mobile Infirmary Medical Center | UNSECURED | $1,340.00 | 49.44 | $662.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| NSTAR Electric Company dba Ever | UNSECURED | $1,008.19 | 49.44 | $498.45 | $0.00 | $0.00 | $0.00 | $0.00 |
| Portfolio Recovery Associates, LLC | UNSECURED | $419.55 | 49.44 | $207.43 | $0.00 | $0.00 | $0.00 | $0.00 |
| State of Alabama, Dept of Revenue | PRIORITY | $0.00 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| U.S. Dept of Education National Pay | UNSECURED | $20,864.11 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Unsecured Creditors | UNSECURED | $0.00 | 49.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---:|
| PRIORITY | $10,961.54 |
| PRIORITY INSURANCE | $0.00 |
| SECURED | $3,244.78 |
| INTEREST | $584.04 |
| UNSECURED | $7,513.33 |
| COURT CLERK: | $310.00 |
| ATTORNEY FEE: | $4,000.00 |
| TRUSTEE FEE: | $2,000.96 |
| REFUNDED TO DEBTOR: | $13,678.47 |
| ADMINISTRATIVE: | $0.00 |
| TOTAL: | $42,293.12 |

Wherefore the trustee requests a final decree be entered which discharges the trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

/s/ Daniel B. O'Brien

Daniel B. O'Brien, Trustee

Page 1 of 1 - Chapter 13 Case No. 18-02784-HAC-13