GENERAL FUND

FOR THE SOUTHERN DISTRICT OF
ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN;
COVERING THE PERIOD 09/15/2021

| CASE NO | DEBTOR | PAYEE | ADDRESS | CHECK NO | AMOUNT |
|---|---|---|---|---|---|
| 1501651 | Lena B. Tucker | Lena B. Tucker | 691 VIRGINIA DRIVE ATMORE, AL 36502 | 326988 | $189.70 |
| 1602564 | Vera Deloris Williams | Vera Deloris Williams | 2105 SUMMERFIELD ROAD SELMA, AL 36701 | 327000 | $106.16 |
| 1603788 | Patricia Anne Dupree | Golf Terrace Owners Association | 256 MONTCLAIR LOOP DAPHNE, AL 36526 | 324971 | $84.27 |
| 1604104 | Gregory Nickelson | Gregory Nickelson | 908 GOLDWIRE STREET SW BIRMINGHAM, AL 35211 | 326929 | $13.52 |
| 1701074 | Shirlean Brown | Craig Credit Union | 1102 SINGLETON DRIVE SELMA, AL 36703 | 324636 | $39.77 |
| 1701307 | Geraldine D. Johnson | Emergi-Cash | 308 AZALEA ROAD MOBILE, AL 36609 | 324791 | $3.21 |
| 1702631 | Michael J. Habegger | Michael J. Habegger | 30632 PINYON DRIVE SPANISH FORT, AL 36527 | 326831 | $1,205.41 |
| 1702631 | Michael J. Habegger | Michael J. Habegger | 30632 PINYON DRIVE SPANISH FORT, AL 36527 | 326832 | $128.78 |
| 1703182 | Elizabeth Kay Crow | Elizabeth Kay Crow | P.O. BOX 2475 SEMMES, AL 36575 | 326785 | $85.45 |
| 1703251 | Gary W. Robinson | TCM Bank NA | 2701 N ROCKY POINT DRIVE SUITE 700 TAMPA, FL 33607 | 326264 | $192.80 |
| 1703275 | Richard Ray Williams | Richard Ray Williams | P.O. BOX 877 IRVINGTON, AL 36544 | 326999 | $0.56 |
| 1703284 | Mark Kevin Willis | Mark Kevin Willis | 1721 CONTI STREET MOBILE, AL 36604 | 327003 | $105.95 |

GENERAL FUND

FOR THE SOUTHERN DISTRICT OF
ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 09/15/2021

| CASE NO | DEBTOR | PAYEE | ADDRESS | CHECK NO | AMOUNT |
|---|---|---|---|---|---|
| 1703343 | Rickey Thomas Preston | Rickey Thomas Preston | P.O. BOX 564<br>MCINTOSH, AL 36553 | 326944 | $76.89 |
| 1703343 | Rickey Thomas Preston | Rickey Thomas Preston | P.O. BOX 564<br>MCINTOSH, AL 36553 | 326945 | $10.81 |
| 1703365 | Tammy Johnson Mallett | Tammy Johnson Mallett | 207 COBB COURT<br>BAY MINETTE, AL 36507 | 326895 | $439.03 |
| 1703410 | Michael Pettis, Sr. | Melanie G. Hinson | P.O. BOX 361831<br>HOOVER, AL 35236 | 325076 | $7.70 |
| 1704642 | Thurman James Allen | Thurman James Allen | 9386 LAKEVIEW DRIVE<br>FOLEY, AL 36535 | 326738 | $288.58 |
| 1704722 | Nellie Byrd Foster | Nellie Byrd Foster | 20925 FRAZIER CEMETARY ROAD<br>CITRONELLE, AL 36522 | 326816 | $130.84 |
| 1802688 | Michael B. Lewis | Michael B. Lewis | 8370 OAK HILL DRIVE<br>SEMMES, AL 36575 | 326886 | $30.00 |
| 1802688 | Michael B. Lewis | Michael B. Lewis | 8370 OAK HILL DRIVE<br>SEMMES, AL 36575 | 326887 | $130.81 |
| 1803025 | Janell A. Lemieux | Janell A. Lemieux | 24423 GEMSTONE DRIVE<br>LOXLEY, AL 36551 | 326882 | $0.98 |
| 1803545 | Tina C. Boatwright | Tina C. Boatwright | 10861 APPLETON ROAD<br>CASTLEBERRY, AL 36432 | 326757 | $1.42 |
| 1912991 | Sonja Dawn Salvia-Lopez | Sonja Dawn Salvia-Lopez | 6060 TREY LANE<br>GULF SHORES, AL 36542 | 326959 | $1.00 |
| 1912653 | Christopher Beryl Davis | Synchrony Bank | P.O. BOX 965064<br>ORLANDO, FL 32896 | 326243 | $7.92 |

GENERAL FUND

FOR THE SOUTHERN DISTRICT OF
ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 09/15/2021

| CASE NO | DEBTOR | PAYEE | ADDRESS | CHECK NO | AMOUNT |
|---|---|---|---|---|---|
| 1912653 | Christopher Beryl Davis | Synchrony Bank | P.O. BOX 965064<br>ORLANDO, FL 32896 | 326243 | $16.87 |
| 1912584 | James D. Draine, Jr. | Foshee Residential Management Co., LLC | 900 DOWNTOWNER BLVD.<br>MOBILE, AL 36609 | 324918 | $179.44 |
| 1912491 | Kathryn Nicole Wheidi | Kathryn Nicole Wheidi | P.O. BOX 408<br>SARALAND, AL 36571 | 326994 | $3.67 |
| 1912307 | Timothy Eugene Thompson | Timothy Eugene Thompson | 6416 LEFLORE DRIVE<br>MOBILE, AL 36608 | 326985 | $438.01 |
| 1911732 | John Edward Bell | Speedee Loans | 211 B EAST FIRST STREET<br>BAY MINETTE, AL 36507 | 326129 | $16.56 |
| 2012782 | Ron C. McCants | Speedee Loans | 211 B EAST FIRST STREET<br>BAY MINETTE, AL 36507 | 326129 | $14.15 |
| 1805044 | Rebecca S. Dixon | Rebecca S. Dixon | 5301 PERIM ROAD<br>MOBILE, AL 36693 | 326801 | $1.00 |
| 1803964 | Eddie Dwayne Johnson | Eddie Dwayne Johnson | 1155 NORED AVENUE<br>THOMASVILLE, AL 36784 | 326859 | $4.79 |
| 2210666 | Brooklyn Kayra Lee | Brooklyn Kayra Lee | 6216 PARK BROOK DRIVE<br>MOBILE, AL 36608 | 326881 | $25.38 |
| 1803964 | Eddie Dwayne Johnson | Eddie Dwayne Johnson | 1155 NORED AVENUE<br>THOMASVILLE, AL 36784 | 326858 | $301.21 |
| 1801694 | James E. Williams | James E. Williams | 298 JACK SPRINGS ROAD APT F-4<br>ATMORE, AL 36502 | 326997 | $1.73 |

GENERAL FUND

FOR THE SOUTHERN DISTRICT OF
ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 09/15/2021

| CASE NO | DEBTOR | PAYEE | ADDRESS | CHECK NO | AMOUNT |
|---|---|---|---|---|---|
| 1801676 | Elaine T. Sherman | Elaine T. Sherman | 104 GRAND BLVD APT A MOBILE, AL 36605 | 326963 | $5.23 |
| 1801302 | Calloway Christopher McCants | Calloway Christopher McCants | 3920 BREWYN DRIVE SOUTH #173 MOBILE, AL 36608 | 326905 | $174.65 |
| 1801302 | Calloway Christopher McCants | Calloway Christopher McCants | 3920 BREWYN DRIVE SOUTH #173 MOBILE, AL 36608 | 326904 | $108.35 |
| 1702688 | Carl Jerry Carlin | Carl Jerry Carlin | 13102 CONCORD DRIVE EAST LILLIAN, AL 36549 | 326769 | $189.29 |
| 1702374 | Carlton Davis Beech | Carlton Davis Beech | 9395 SPICE POND EXTENSION SEMMES, AL 36575 | 326752 | $267.11 |
| 1913198 | Donna Stephens McCallum | Graybar Electric Company, Inc. | 197 LURTON STREET PENSACOLA, FL 32505 | 324980 | $355.50 |
| 2220055 | Anthony Martel Wilson | Anthony Martel Wilson | 2055 SPARKS ROAD GALLION, AL 36742 | 327007 | $691.00 |
| 1702952 | William F. Howard | William F. Howard | 1461 MAMIE DRIVE MOBILE, AL 36618 | 326847 | $0.47 |
| 1703939 | Anthony James Evans, II | Anthony James Evans, II | 5660 ULYSSES ROAD EIGHT MILE, AL 36613 | 326812 | $47.15 |
| 2110019 | Joshua Lee Cooley | Home Point Financial Corporation | 9726 OLD BAILES ROAD FORT MILL, SC 39707 | 325089 | $101.83 |
| 1802784 | Edward Hall, Jr. | Edward Hall, Jr. | 1510 ESLAVA STREET MOBILE, AL 36604 | 326834 | $10,172.12 |
| 1802784 | Edward Hall, Jr. | Edward Hall, Jr. | 1510 ESLAVA STREET MOBILE, AL 36604 | 326833 | $1,171.87 |

GENERAL FUND

FOR THE SOUTHERN DISTRICT OF
ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 09/15/2021

| CASE NO | DEBTOR | PAYEE | ADDRESS | CHECK NO | AMOUNT |
|---|---|---|---|---|---|
| 1704838 | Robert Bowie | Robert Bowie | 4801 EMERALD DRIVE WEST MOBILE, AL 36619 | 326759 | $19.44 |
| 1704838 | Robert Bowie | Robert Bowie | 4801 EMERALD DRIVE WEST MOBILE, AL 36619 | 326758 | $45.16 |
| 2111625 | Ryan Scott Foster | Complete Motor Solutions, LLC | 3425 SOUTH HICKORY STREET LOXLEY, AL 36551 | 324601 | $121.86 |
| 2111830 | Eric R. Cooper | Eric R. Cooper | 6801 PINEY WOODS ROAD FOLEY, AL 36535 | 326780 | $1,398.63 |
| 2111847 | Treneka Nattassia Tolbert | Treneka Nattassia Tolbert | 27642 US HIGHWAY 98 APT 221 DAPHNE, AL 36526 | 326986 | $1,084.71 |
| 2210046 | Kevin Albert Thomas, Sr. | Kevin Albert Thomas, Sr. | 273 RICKARBY STREET MOBILE, AL 36606 | 326981 | $568.00 |
| 2210046 | Kevin Albert Thomas, Sr. | Kevin Albert Thomas, Sr. | 273 RICKARBY STREET MOBILE, AL 36606 | 326982 | $642.44 |

TOTAL $21,449.18